IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00146-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES JOSIAH CHAMBERS | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's letter-motion for appointment of counsel. (Doc. No. 44).

Title 18, United States Code, Section 3582(c)(2) allows a defendant to seek a sentence reduction where the guideline range has been lowered by an amendment listed in USSG §1B1.10(d). Although there is no right to counsel in § 3582(c) proceedings, United States v. Legree, 205 F.3d 724, 729-30 (4th Cir. 2000), the defendant meets the eligibility requirements for appointment of counsel adopted in this District regarding Amendment 821. (Case. No. 1:23-mc-20: Standing Order).

**IT IS, THEREFORE, ORDERED** that the defendant's motion for appointment of counsel is **GRANTED** and the Federal Public Defender for the Western North Carolina shall designate counsel promptly.

Signed: November 16, 2023

Robert J. Conrad, Jr.
United States District Judge